**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)**

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY, | * |
| | * |
| Plaintiff, | * |
| | Case No: Case No.: 3:18cv00058-NKM |
| v. | * |
| CLOSURE TITLE & SETTLEMENT COMPANY LLC, | * |
| | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff, Stewart Title Guaranty Company, and the Defendant, Closure Title & Settlement Company, LLC, by and through their respective, undersigned attorneys, stipulate to the dismissal of this action with prejudice.

Dated: April 17, 2019        STEWART TITLE GUARANTY COMPANY

<u>/s/ Justin P. Fasano</u>
Craig M. Palik (VSB # 45728)
Justin P. Fasano (VSB # 75983)
McNamee, Hosea, Jernigan, Kim,
Greenan & Lynch, P.A.
301-441-2420 (phone) 301-982-9450 (facsimile)
*Attorneys for Plaintiff*

Dated: April 17, 2019        CLOSURE TITLE & SETTLEMENT COMPANY

<u>/s/ David Hudgins</u>
David D. Hudgins, Esquire VSB #20602
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300 (703) 739-3700 facsimile
dhudgins@hudginslawfirm.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2019, the foregoing was served electronically to:

>David D. Hudgins, Esq.
>Hudgins Law Firm, P.C.
>515 King Street, Suite 400
>Alexandria, Virginia 22314
>dhudgins@hudginslawfirm.com
>
>Gregory S. Duncan, Esq.
>222 Court Square
>Charlottesville, Virginia 22902
>gregdun@ntelos.net

>>/s/ Justin P. Fasano
>>Justin P. Fasano